DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 910, is granted, limited to the following questions:

"1. Was the Appellate Court correct in rejecting the plaintiff's claim that the trial court, under General Statutes § 46b-8, improperly refused to consider the plaintiff's motion for modification simultaneously with the defendant's motion for contempt?

"2. Was the Appellate Court correct in rejecting the plaintiff's claim that the trial court's finding of contempt was not based on sufficient evidence?"

*Donald E. Bryant,* pro se, in support of the petition.

*Theodore Freedman,* in opposition.

Decided October 13, 1992

ELLEN ANN IPPOLITO *v.* RAYMOND JOSEPH IPPOLITO

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 745, is denied.

*Richard L. Goldblatt,* in support of the petition.

*Lee Marlow,* in opposition.

Decided October 13, 1992

PETER C. WHITE *v.* EDWARD S. PAJAK

The defendant-third party plaintiff Edward S. Pajak's petition for certification for appeal from the Appellate Court is denied.

*Steven L. Seligman,* in support of the petition.

*Daniel P. Scapellati,* in opposition.

Decided October 22, 1992